# PD-0416-15

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

\*\*\*

THIRD DISTRICT OF TEXAS COURT OF APPEALS CAUSE NO. 03-12-00787-CR

\*\*\*

MARK VERNON MOORE

Appellant

VS.

THE STATE OF TEXAS

Appellee

\*\*\*

RELATING TO DENIED APPEAL FROM THE THIRD DISTRICT COURT OF APPEALS ON CASE FROM THE 274TH JUDICIAL DISTRICT COURT IN HAYS COUNTY, TEXAS

\*\*\*

MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

Stephen Foster
310 South Saint Mary's Street
24th Floor, Tower Life Building
San Antonio, Texas
SBN: 24005529
ATTORNEY FOR PETITIONER,
MARK VERNON MOORE

**TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

Now comes MARK VERNON MOORE, PETITIONER in the above styled and numbered cause, and moves this Court to grant an extension of time to file Petitioner's Request for Discretionary Review pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

The conviction on the charge of Continuous Sexual Abuse of a Child that is the subject of this motion was Affirmed by the Texas Court of Appeals, Third District in Austin in case No. 03-12-00787-CR on March 20, 2015.

II.

The Deadline for filing a Petition for Discretionary Review is Sunday, April 19, 2015. Therefore, the Petition for Discretionary Review must be filed by Monday, April 20, 2015.

III.

The case at the trial Court was styled the STATE OF TEXAS v. MARK VERNON MOORE and numbered CR-11-0929 and was tried in the 274th Judicial District Court of Hays County, Texas.

IV.

This is Petitioner's first Motion to Extend Time to File Petition for Discretionary Review.

V.

There have been no motions for reconsideration or requests for En Banc review in this case.

VI.

Stephen Foster, Counsel for Petitioner has not yet received payment or a copy of the signed employment agreement in this case. He has, however, been assured that it is all being sent through the United States Postal Service. The opinion in this case from the Third District Court of Appeals, Austin is 37 pages long and addresses 12 separate points of error that the Petitioner presented to the Intermediate Appellate Court, which were all rejected for a variety of reasons.

VII.

Stephen Foster, Counsel for Petitioner requests an extension of an additional 30 days in order to fully and clearly prepare a Petition for Discretionary review. This would make the Petition for Discretionary Review due on Tuesday, May 19, 2015. Alternatively, Counsel for Petitioner requests an extension of a lesser amount of time that the Texas Court of Criminal Appeals determines to be appropriate.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this Court grant this Motion To Extend Time to File Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Stephen Foster
310 South Saint Mary's Street,
24th Floor, Tower Life Building
San Antonio, Texas 78205
(210) 222-1200
(210) 222-1253 (Facsimile)
SBN: 24005529

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Petitioner's Motion To Extend Time to File Petition for Discretionary Review was faxed to the State of Texas via the Hays County District Attorney's Office, on April 14, 2015.


Stephen Foster

## ORDER ON PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

On this day the_____day of_____, 2015, Appellant's

Motion to Extend Time to File Appellant's Brief was

_____GRANTED

_____DENIED

Extension of time was granted to _____, 2015.

_____
JUDGE PRESIDING